UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-12147-RWZ

MORGAN JAMES and JOAN RICHARD

v.

SOLOMON UPSHAW

ORDER
January 24, 2011

ZOBEL, D.J.

Plaintiffs obtained a judgment by default for damage to their property in the Boston Municipal Court in the amount of $2,950.88. Defendant filed a notice of removal in which he asserts jurisdiction under 28 U.S.C. §1331 because the judgment violated his constitutional rights. Plaintiffs oppose and move for attorneys' fees.

The removal was improper. First, the action did not arise under "the Constitution, laws or treaties of the United States." It is a state common law claim. Second, the removal is too late; it had to be effected within 30 days after the date on which defendant first became a party. 28 U.S.C.§1441(e)(1). While the record is insufficient to ascertain that exact date, it is reasonable to assume that the time has passed as judgment had entered in the state court. Third, since the only possible basis for subject matter jurisdiction is 28 U.S.C. §1332, the judgment below makes clear that the jurisdictional amount has not been met.

This is not defendant's first foray into litigational excess. Plaintiffs have again

been improperly put to both inconvenience and expense. Accordingly, defendant shall pay to plaintiffs the amount of $1,237.50, the costs incurred in connection with the faulty removal.

It is further ordered that the case be remanded to the Boston Municipal Court.


   January 24, 2011                                   /s/Rya W. Zobel
       DATE                                         RYA W. ZOBEL
                                                    UNITED STATES DISTRICT JUDGE