# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**MORGAN JAMES ET AL**
    **Plaintiff**

**V.**

**SOLOMON UPSHAW**
    **Defendants**

**CR ACTION**

**NO. 10CV12147-RWZ**

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the ORDER entered on 1/24/11; Judgment is entered REMANDING the case back to BMC; and that defendant pay to plaintiffs the amount of $1,237.50, the costs incurred with the faulty removal.

                   By the Court,

**1/25/11**                **s/ Lisa A. Urso**
**Date**                  **Deputy Clerk**